UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL KRAMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON MEDICAL-SURGICAL, INC., a Virginia corporation,<br><br>Defendant. | NO. C25-1384RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The parties request at Dkt. # 32, is GRANTED. The parties shall have an additional forty-five (45) days to finalize and submit documents to the Court or provide the Court with a further update.

DATED this 5th day of October, 2026.

JOSHUA C. LEWIS,
Clerk of Court

s/Kathleen Albert
Case Administrator to Hon. Robert S. Lasnik